**No. 46753.**—Protest 62733–K of Mrs. Lathrop Brown (New York).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. From an examination of the papers the protest was overruled.

### DECEMBER 24, 1941

**No. 46754.**—Suit 4345.——*Canadian National Steamship Co., Ltd. v. United States.* C. D. 408 reversed. C. A. D. 180.

**No. 46755.**—Suit 4360.—*United States v. Dyson Shipping Co., Inc., et al.* C. D. 457 affirmed. C. A. D. 184.

### DECEMBER 26, 1941

**No. 46756.**—Suit 4342 *United States v. W. J. Mulligan & Co.* C. D. 402 reversed. C. A. D. 179.

### BEFORE THE FIRST DIVISION, DECEMBER 31, 1941

**No. 46757.**—Protests 18063–K, etc., of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that 57 percent of the Lyofix D E C (Prep. 6640 Conc. Pat.) consists of merchandise subject to a tax of 3 cents per pound. In accordance therewith the court held that the merchandise is taxable at the rate of $^{57}/_{100}$ of 3 cents per pound on the entire weight. The protests were sustained accordingly.